proving the last will and testament of Catharine Johnston, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed by default, with costs.

JOLINE et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Adrian N. Joline and others as receivers, etc., against the City of New York. A. H. Masten, for appellants. W. P. Burr, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 65 Misc. Rep. 394, 121 N. Y. Supp. 857.

JONES v. GOULD et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by John S. Jones against George J. Gould and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1038

JONES et al. v. LYONS et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Appeal from Special Term, New York County. Action by John L. Jones and another against Margaret Lyons and another. From a judgment for plaintiffs, defendants appeal. Modified and affirmed. Henry K. Davis, for appellants. Charles O. Maas, for respondents.

PER CURIAM. We think that $500 is a reasonable compensation for the services rendered by the plaintiff. The judgment appealed from is therefore modified, by reducing the amount recoverable by plaintiffs to the sum of $500, and, · as so modified, affirmed, without costs.

JOSEPH, Respondent, v. HERZIG, Appellant (two cases). (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Jeanette H. Joseph, as executrix, against Simon Herzig, individually, etc. N. Nathan, for appellant. J. A. Garver, for respondent. No opinion. Orders (131 N. Y. Supp. 321) affirmed, with $10 costs and disbursements. Orders filed.

In re JOSEPH FALLERT BREWING CO. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the application of the Joseph Fallert Brewing Company, Limited, for a writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.

JOSUPEET, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by John Josupeet against the City of Niagara Falls. No opinion. Judgment and order (70 Misc. Rep. 638, 127 N. Y. Supp. 527) affirmed, with costs.

KAHALY, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Gabrielle A. Kahaly against Andrew Meyer. No opinion. Judgment of the Municipal Court affirmed, with costs.

KAISER, Respondent, v. HARRIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Cora N. Kaiser against James S. Harris, impleaded with others. R. T. Greene, for appellant. F. I. Tierney, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

KANE, Respondent v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by John Kane against the United Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.

KENDALL v. ROHDE et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Harriet L. Kendall against Frederick Rohde and others. No opinion. Judgment modified, by striking out the provision that awards separate costs against each defendant, and by decreeing one bill of costs and disbursements against all of the defendants, and, as so modified, affirmed, without costs.

KENEALLY, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by John J. Keneally against Patrick Murphy.

PER CURIAM. Judgment affirmed, with costs.

JENKS, P. J., not voting.

KENT, Respondent, v. JAMESTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by William E. Kent, as administrator, etc., against the Jamestown Street Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

KERNAN v. ELFIN et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Harvey Kernan against Barney Elfin and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

KERNAN v. ELFIN et al. (Supreme Court, Appellate Division, Second Department. Octo-

ber 27, 1911.) Action by Harvey Kernan against Barney Elfin and others. No opinion. Motions denied, without costs. See, also, supra.

KETCHUM, Respondent, v. PRENDER-GAST, Comptroller, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) In the matter of E. Van R. Ketchum against William A. Prendergast, Comptroller. H. K. Davis, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEYSER v. BROWER et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Henry Keyser against William L. Brower and another. No opinion. Motion granted, without costs, so far as to postpone the argument of this appeal to the 8th day of November, 1911.

KILLTY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Patrick Killty, an infant, etc., against the City of New York. L. Leale, for appellant. M. Coleman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KINKADE v. LIVE OAK COPPER MINING & SMELTING CO. et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Appeal from Special Term, New York County. Action by James F. Kinkade against the Live Oak Copper Mining & Smelting Company, impleaded, etc. From an order granting plaintiff's motion to resettle findings, etc., defendant appeals. Modified and affirmed. Nelson Zabriskie, for appellant. J. Aspinwall Hodge, for respondent.

PER CURIAM. The order should be modified, by requiring the plaintiff to pay $10 costs of motion and the amount paid by defendant for printing brief for use in this court on appeal from the judgment, and to stipulate to make at his own expense the necessary amendments in the printed case on appeal, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.

KINKADE, Respondent, v. LIVE OAK COPPER MINING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by James F. Kinkade against the Live Oak Copper Mining Company. N. Zabriskie, for appellant. J. A. Hodge, for respondent. No opinion. Motion granted. Amended case on appeal to be refiled within 10 days. See, also, supra.

KIRK, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Margaret J. Kirk against the City of New York. J. C. Palmer, for appellant. L. Leale, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KIRK v. GALLAGHER. (Supreme Court, Appellate Division, First Department. November 1, 1911.) Appeal from Special Term, New York County. Objections by Hiram M. Kirk to the certificate of nomination of John J. Gallagher. From an order sustaining them, Gallagher appeals. Reversed, and objections overruled. A. G. Meyer, for appellant. H. M. Kirk, for respondent.

PER CURIAM. By the original certificate of nomination, duly executed by the officers of the convention and duly verified, James F. Holy was nominated as candidate of the Independent League for alderman in the Sixteenth aldermanic district. The original certificate of his nomination certified that L. J. O'Reilly, H. R. Limburg, and J. Hopper were duly appointed by the convention a committee for the purposes specified in section 135 of the election law (Consol. Laws 1909, c. 17). That section provides that, if a nomination is duly declined, the committee appointed on the face of such certificate of nomination, as permitted by sections 121 and 123 of the election law, may make a new nomination to fill the vacancy so created, or may supply such defect, as the case may be, by making and filing with the proper officer a certificate setting forth the cause of the vacancy, the name of the new candidate, the title of the office for which he is nominated, the name of the original candidate, the name of the political party or other nominating body which was inscribed on the original certificate, and such further information as is required to be given in an original certificate of nomination. James F. Holy declined the nomination, and filed the certificate with the board of election on October 18, 1911, as required by the election law. Whereupon two of the committee named in the original certificate of nomination nominated as a new candidate in Holy's place, John P. Gallagher, and a new certificate to that effect was duly filed with the board of election on October 23d. We think that this certificate complies with section 135 of the election law, and that this nomination was regular. The order sustaining the objections to the certificate is therefore reversed, and the objections overruled.

KNABE v. DORLAND. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by William Knabe against Mabelle H. Dorland. No opinion. Motion denied, with $10 costs. Settle order on notice.

KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. R. CO. et al. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs